AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII DISABILITY RIGHTS CENTER, et. al.<br><br>  Plaintiff(s),<br><br>V.<br><br>STATE OF HAWAII, et. al.<br><br>  Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 03-00524HG-KSC<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>April 11, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs. IT IS FURTHER ORDERED AND ADJUDGED that the Court finds that Plaintiffs are the prevailing party in this action pursuant to the "Order Adopting In Part And Modifying In Part The Report of The Special Master on Plaintiffs' Motion For Attorneys' Fees, Costs and Interest" filed on March 22, 2006 and the "Report of the Special Master on Plaintiffs' Motion For Award of Attorneys' Fees, Costs and Interest" filed on October 6, 2005.

   cc:   all counsel of record

    April 11, 2006                                      SUE BEITIA
  Date                                              Clerk

                                                    (By) Deputy Clerk