ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 10 2006

LODGED

JUN 13 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

HAWAI'I DISABILITY RIGHTS CENTER

MATTHEW C. BASSETT     6443
LOUIS ERTESCHIK        5241
900 Fort Street, Suite 1040
Honolulu, Hawai'i 96813
Telephone: (808) 949-2922
Facsimile: (808) 949-2928
E-mail: louis@hawaiidisabilityrights.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HAWAI'I DISABILITY RIGHTS CENTER, a Hawai'i nonprofit corporation; IKAIKA BLANCHFIELD-CHANG; CHARISSA DAVIS, by and through her grandmother and legal guardian, Geraldine Nahoolii; JENNIFER FELIX, by and through her mother and legal guardian, Frankie Servetti-Coleman; S.M., by and through her foster parents and permanent legal custodians, Isaac Kosasa and Patricia Kosasa; ERIN NAKAMICHI, by and through her parents and legal guardians, Eldon Nakamichi and Joan Nakamichi; ADRIAN PANG, by and through his father and legal guardian, Francis Pang; JAMIE PRICE; and K.W., by and through her mother and legal guardian, Mona Wright; on behalf of themselves and all other similarly situated persons; | CIVIL NO. 03-00524 HG-KSC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AS TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FILED ON OCTOBER 21, 2003** |
| Plaintiffs, | [CAPTION CONTINUES ON NEXT PAGE] |

SCANNED

|  |  |
|---|---|
| vs. | ) |
|  | ) |
| STATE OF HAWAI'I; LINDA LINGLE, in her capacity as Governor of the State of Hawai'i; CHIYOME L. FUKINO, in her capacity as Director of the Department of Health of the State of Hawai'i; LINDA ROSEN, in her capacity as Deputy Director of Health Resources Administration, Department of Health of the State of Hawai'i; DAVID L. FRAY, in his capacity as Chief of Developmental Disabilities Division, Department of Health of the State of Hawai'i; SHARON TANAKA, in her capacity as Acting Branch Chief of the Case Management Information Services Branch, Department of Health of the State of Hawai'i, CORINNE GYOTOKU, in her capacity as Supervisor of the Case Management Section, Department of Health of the State of Hawai'i, SANDRA NISHIKI, in her capacity as Unit Head of Case Management Unit 1, Case Management Section, Department of Health of the State of Hawai'i, CAROL BANTANGAN-RIVERA, in her capacity as Acting Unit Head of Case Management Unit 2, Case Management Section, Department of Health of the State of Hawai'i, DAINTRY BARTOLDUS, in her capacity as Unit Head of Case Management Unit 3, Case Management Section, Department of Health of the State of Hawai'i, EVAN MATSUSHIMA, in his capacity as Unit Head of Case | ) [CAPTION CONTINUES ON NEXT PAGE] |

2

Management Unit 4, Case Management  )
Section, Department of Health of the  )
State of Hawai'i, FRANCIS TANJI, in  )
his capacity as Unit Head of Case  )
Management Unit 5, Case Management  )
Section, Department of Health of the  )
State of Hawai'i, ORLANDO  )
DARANCIANG, in his capacity as  )
Unit Head of Case Management Unit 7,  )
Case Management Section, Department  )
of Health of the State of Hawai'i,  )
KATHY TRIPP, in her capacity as Unit  )
Head of Case Management Unit 8,  )
Case Management Section, Department  )
of Health of the State of Hawai'i,  )
LILLIAN B. KOLLER, in her capacity  )
as Director of the Department of  )
Human Services of the State of  )
Hawai'i; AILEEN HIRAMATSU, in  )
her capacity as Med-Quest Division  )
Administrator, Department of Human  )
Services of the State of Hawai'i;  )
PATRICIA SNYDER, in her capacity  )
as Administrator of the Social Service  )
Division of the Department of Human  )
Services of the State of Hawai'i; JOHN  )
AND JANE DOES 1-10; DOE  )
PARTNERSHIPS 1-10; DOE  )
CORPORATIONS 1-10; and OTHER  )
DOE ENTITIES 1-10;  )
 )
                               Defendants.  )
                                            )

## STIPULATION TO DISMISS WITH PREJUDICE AS TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FILED ON OCTOBER 21, 2003

IT IS HEREBY STIPULATED by and between all parties hereto, through their respective counsel, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-entitled matter is dismissed with prejudice.

DATED: Honolulu, Hawai'i, June 7, 2006.

_____
MATTHEW C. BASSETT
LOUIS ERTESCHIK

Attorneys for Plaintiffs


_____
HEIDI M. RIAN
JILL T. NAGAMINE
Deputy Attorneys General

Attorneys for Defendants

APPROVED AND SO ORDERED:

_____
JUDGE HELEN GILLMOR

---

Hawai'i Disability Rights Center, et al. v. State of Hawai'i, et al., Civil No. 03-00524 HG-KSC; STIPULATION TO DISMISS WITH PREJUDICE AS TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FILED ON OCTOBER 21, 2003.

---